IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE CAMPBELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSGENOMIC, INC., et al.,<br><br>Defendants. | 4:17-CV-3021<br><br>JUDGMENT |

Pursuant to the accompanying Memorandum and Order, judgment is entered for the defendants and against the plaintiffs, and the plaintiffs' complaint is dismissed.

Dated this 3rd day of May, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge