**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| JESSE CAMPBELL, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>TRANSGENOMIC, INC., PAUL KINNON, ROBERT M. PATZIG, MYA THOMAE, MICHAEL A. LUTHER, and DOIT L. KOPPLER, II,<br><br>    Defendants. | Case No. 4:17-cv-03021 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached a settlement in principle in the Action. The parties expect to be able to file the stipulation of settlement and motion for preliminary approval of the settlement within 30 days.

Dated: May 22, 2019

**OF COUNSEL**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schriener
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880
jmonteverde@monteverdelaw.com
mschriener@monteverdelaw.com

Respectfully Submitted,

s/ *David W. Rowe*
**KINSEY ROWE BECKER & KISTLER, LLP**
DAVID W. ROWE - 19155
Pioneers Pointe Plaza
3800 VerMaas Place, Suite 100
Lincoln, NE 68502-4454
Main Phone: (402) 438-1313
Direct Line: (402) 434-9050
Fax: (402) 438-1654
drowe@krbklaw.com

*Counsel for Jesse Campbell and Proposed Liaison Counsel for the Putative Class*

## Certificate of Service

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *David W. Rowe*
David W. Rowe