# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JESSE CAMPBELL, Individually and on Behalf of All Others Similarly Situated;**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TRANSGENOMIC, INC., PAUL KINNON, and PRECIPIO, INC.,**<br><br>**Defendants.** | 4:17CV3021<br><br>ORDER |

The parties have filed a Notice of Settlement (Filing No. 58). Accordingly,

**IT IS ORDERED:**

1. On or before **June 21, 2019**, the parties shall electronically file a joint stipulation for settlement and motion for preliminary approval of the settlement together with any necessary supporting documents; and

2. The Clerk of Court shall terminate the Rule 26(f) Report deadline and any hearings set for this case.

Dated this 22nd day of May, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge