# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE CAMPBELL, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) | Civil Action No. 4:17-cv-03021 |
| vs. ) ) ) | |
| TRANSGENOMIC, INC., PRECIPIO, INC., and PAUL KINNON, ) ) ) ) | |
| Defendants. ) | |

## AMENDMENT TO STIPULATION OF SETTLEMENT

Pursuant to Section 10.10 of the Stipulation of Settlement dated June 21, 2019, Lead Plaintiff Jesse Campbell and Defendants, by and through their counsel of record, hereby agree and stipulate to modify Paragraph 2.1 of the Stipulation of Settlement (Dkt. No. 60) as follows: Transgenomic's deadline for completing payment of the Settlement Amount into the Escrow Account is hereby extended to September 3, 2019.

DATED:  August 12, 2019

*/s/ Deborah S. Birnbach*
Deborah S. Birnbach (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel:  (617) 570-1000
Fax: (617) 523-1231
DBirnbach@goodwinlaw.com
*Counsel for Defendants Precipio, Inc. f/k/a Transgenomic, Inc. and Paul Kinnon*

s/ *Juan E. Monteverde*
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

        Email: jmonteverde@monteverdelaw.com
        mschreiner@monteverdelaw.com
        *Counsel for Lead Plaintiff Jesse Campbell*

## **CERTIFICATE OF SERVICE**

    I, Deborah S. Birnbach, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on August 12, 2019.

        /s/ Deborah S. Birnbach