UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE CAMPBELL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRANSGENOMIC, INC., PRECIPIO, INC., and PAUL KINNON,<br><br>　　　　　Defendants. | Civil Action No. 4:17-cv-03021 |

**LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE SETTLEMENT, PLAN OF ALLOCATION, AND FEES AND EXPENSES**

Lead Plaintiff Jesse Campbell ("Campbell") hereby moves this Court for the entry of Orders:

1. Approving the Settlement as fair, reasonable, and adequate to the Class and entering the Final Judgment and Order of Dismissal With Prejudice;

2. Approving the Plan of Allocation;

3. Approving Lead Plaintiff's Counsel's Fee and Expense Award; and

4. Approving the Time and Expense Award for Lead Plaintiff.

In support of this motion, Campbell submits herewith the accompanying brief, the Declaration of David W. Rowe and the following three exhibits thereto: (i) the time and expense declaration of Juan E. Monteverde on behalf of Monteverde & Associates; (ii) the time and expense declaration of David W. Rowe on behalf of Kinsey Rowe Becker & Kistler, LLP; and (iii) the declaration of Lead Plaintiff Jesse Campbell.

| | |
|---|---|
| Dated: September 30, 2019 | Respectfully Submitted, |
| **OF COUNSEL** | s/ *David W. Rowe* |
| **MONTEVERDE & ASSOCIATES PC** | **KINSEY ROWE BECKER & KISTLER, LLP** |
| Juan E. Monteverde | David W. Rowe - 19155 |
| Miles D. Schreiner | Pioneers Pointe Plaza |
| The Empire State Building | 3800 VerMaas Place, Suite 100 |
| 350 Fifth Avenue, Suite 4405 | Lincoln, NE 68502-4454 |
| New York, New York 10118 | Main Phone: (402) 438-1313 |
| Tel: 212-971-1341 | Direct Line: (402) 434-9050 |
| Fax: 212-202-7880 | Fax: (402) 438-1654 |
| jmonteverde@monteverdelaw.com | drowe@krbklaw.com |
| mschreiner@monteverdelaw.com | |
| *Settlement Class Counsel* | *Liaison Counsel* |