IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE CAMPBELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSGENOMIC, INC., et al.,<br><br>Defendants. | 4:17-CV-3021<br><br>JUDGMENT |

The Court, as required by Fed. R. Civ. P. 58(a), enters judgment pursuant to the terms of the Memorandum and Order entered this date.

Dated this 3rd day of June, 2020.

BY THE COURT:

*(signature)*
John M. Gerrard
Chief United States District Judge