IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE CAMPBELL, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>vs.<br><br>TRANSGENOMIC, INC., et al.,<br><br>                        Defendants. | 4:17-CV-3021<br><br>ORDER APPROVING PLAN OF DISTRIBUTION |

IT IS ORDERED:

1. The plaintiff's Motion for Distribution of the Net Settlement Fund (filing 80), being unopposed, is granted.

2. The claims administrator's recommendations to accept the provisionally accepted claims and to reject the wholly ineligible or otherwise deficient claims are adopted.

3. The claims administrator is directed to distribute the entire available balance of the net settlement as set forth in Filing 80-1, and shall perform reasonable and diligent efforts to distribute the net settlement fund to the authorized claimants.

4. If, after 6 months and after netting out the anticipated costs of redistribution, the amount of the net settlement fund that remains unclaimed by authorized claimants exceeds $25,000, then the claims administrator shall re-disburse the unclaimed amount to

all authorized claimants who negotiated the checks sent to them in the initial distribution and who would receive a minimum of $10 on a *pro rata* basis.

5. If, after 6 months, the unclaimed amount of the net settlement fund is equal to or less than $25,000, or if any amount remains unclaimed after a re-disbursement as described in Paragraph 5, then the unclaimed amount shall be transferred to the Federal Judicial Center Foundation.

6. All persons involved in the review, verification, calculation, tabulation, or other aspect of the processing of the proofs of claim submitted, or otherwise involved in the administration or taxation of the settlement fund or the net settlement fund, are released from any and all claims arising out of their involvement.

7. All class members, whether or not they receive payment from the net settlement fund, are barred from making any further claims against the net settlement fund, the class representative, lead class counsel, the claims administrator, the escrow agent, or any other agent retained by the class representative or lead class counsel in connection with the administration or taxation of the settlement fund or the net settlement fund beyond the amount allocated to settlement payment recipients.

8. No further proofs of claim may be accepted for payment, and no proofs of claim may be adjusted for any reason, after July 20, 2020.

9. Paper copies of the proofs of claim and all supporting documentation shall be destroyed 1 year after, and electronic copies of those documents shall be destroyed 3 years after, distribution of the net settlement fund.

10. The Court retains jurisdiction to consider any further applications concerning administration of the parties' settlement.

Dated this 4th day of September, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge

3